UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                             Case No. 1:91-cr-132-3

Norman McCrary,
    Defendant

# NOTICE OF APPEAL

    Notice is hereby given that <u>Norman McCrary</u>, Defendant named above, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment on Sentence entered in this action on January 10, 2011.

                                Entered by the Clerk of Courts in Defendant's behalf pursuant to Order of the Court.

                                James Bonini, Clerk

                                By:   <u>s/Mary C. Brown</u>
                                         Mary C. Brown, Deputy Clerk

                                Date: January 10, 2011